**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00174-CR**
_____

**CHARLES EDWARD RICE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 13-16753**

**ORDER**

The appellant filed an affidavit of indigency, which was signed by appellant's trial counsel rather than by appellant. Although appellant did not properly request indigent status pursuant to the requirements of Rule 20.2 of the Texas Rules of Appellate Procedure, the Court will abate the appeal and remand the cause to the trial court to give the appellant the opportunity to present his motion to the trial court.

1

It is ORDERED that the trial court conduct a hearing to determine whether appellant has been deprived of an appellate record because of ineffective assistance of counsel or for any other reason. The trial court shall further determine whether appellant desires to prosecute his appeal, whether appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeal. The judge shall take such measures as may be necessary to assure effective representation of counsel, which may include appointment of new counsel or ordering that all or part of the record be furnished without charge to the appellant. If appellant proceeds *pro se*, he must be admonished regarding the consequences of his decision in accordance with article 1.051 of the Texas Code of Criminal Procedure. For this purpose the trial court shall conduct such hearings as may be necessary, make findings of fact and conclusions of law, and prepare a record of the proceeding. The record of the hearing, including any orders and findings of the trial judge, shall be filed in the Court of Appeals by June 30, 2014.

ORDER ENTERED May 29, 2014.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ

2